UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| BRANDY HALL, | |
|---|---|
| Plaintiff, | Case No.   3:11-cv-00137-LRH-VPC |
| vs. | STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |
| HIGH DESERT RECYCLING, INC., a Nevada corporation; AMERICAN SHREDDING, INC., a California corporation; STEVE SUTTA; and Does 1-10, | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED, by and between the parties, through their respective counsels of record, and pursuant to Federal Rule of Civil Procedure 41, that the above-entitled matter be dismissed, with prejudice, and that all parties are to bear their own respective costs and attorney's fees.

///

///

///

///

///

| | | |
|---|---|---|
| DATED: February 14, 2012 | | THE **DIGESTI** LAW FIRM LLP |

By   /s/ - Matthew P. Digesti
Matthew P. Digesti, Esq. (SBN 9793)
485 W. Fifth Street
Reno, NV 89503
Attorneys for the Plaintiff
Brandy Hall

DATED: February 14, 2012         Law Office of Michael B. Springer, PC

By   /s/ - John D. Moore
John D. Moore, Esq. (SBN 8581)
9628 Prototype Court
Reno, NV 89521
Attorneys for the Defendants High Desert, Inc. and American Shredding, Inc.

DATED: February 14, 2012         Wilson & Quint LLP

By   /s/ - Gregory F. Wilson
Gregory F. Wilson, Esq. (SBN 2517)
417 W. Plumb Lane
Reno, NV 89509
Attorneys for the Defendant Steve Sutta

## ORDER FOR DISMISSAL WITH PREJUDICE

Based upon the foregoing Stipulation by the parties, and good cause appearing therefor, it is hereby

ORDERED, ADJUDGED and DECREED that the above-entitled action is hereby dismissed with prejudice, each party to bear its own costs and attorney's fees incurred.

**IT IS SO ORDERED** this 17th day of February, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE